**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DANIEL MANCINA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Case No.: 4:26-cv-12206-FKB-APP** |
| **v.** | ) | |
| | ) | **Hon. F. Kay Behm, United States** |
| | ) | **District Judge** |
| **RENTOKIL NORTH** | ) | |
| **AMERICA, INC.,** | ) | **Magistrate Judge: Anthony P. Patti** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER TO STAY PROCEEDINGS**

The Court, having reviewed the parties' Joint Notice of Settlement, ORDERS as follows:

1. This proceeding is stayed for a period of thirty (30) days.
2. The parties are ordered to submit dismissal paperwork by the conclusion of the stay.

**IT IS SO ORDERED.**

Dated: August 3, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge